# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

NIRAL PATEL, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

7-ELEVEN, INC.,

Defendant.

Case No. 18-cv-07010
Judge Mary M. Rowland

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant 7-Eleven, Inc.
and against plaintiff(s) Niral Patel, individually and on behalf of all others similarly situated.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Mary M. Rowland presiding, and the jury has rendered a verdict.
☐ tried by Judge Mary M. Rowland without a jury and the above decision was reached.
☒ decided by Judge Mary M. Rowland on a motion to dismiss.

Date: 6/18/2020                    Thomas G. Bruton, Clerk of Court

Dawn A. Moreno, Deputy Clerk